AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

MAXWELL MUFF, et al.,

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-08-1027**
TERRY COLLINS, et al.,       **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE MARK R. ABEL**

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed January 29, 2009, JUDGMENT is entered for defendants. This case is DISMISSED.**

Date: January 29, 2009       JAMES BONINI, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk